**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN WINDHAM and PAULA WINDHAM, <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL ELECTRIC COMPANY, et al., <br><br> Defendants. | Case No. 2:14-cv-02583-GEB-AC <br><br> **ORDER GRANTING PLAINTIFFS' DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE** |

In light of the stipulated dismissals filed in this action, the claims against all Defendants are dismissed without prejudice under Rule 41 of the Federal Rules of Civil Procedure; and this action shall be closed.

Dated:  January 21, 2015

*[signature]*
GARLAND E. BURRELL, JR.
Senior United States District Judge

G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\ENTIRE ACTION 2 ORDER.doc

1

ORDER GRANTING PLAINTIFFS' DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE